# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 13, 2019

155638

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* R. E. McLAUGHLIN, Minor.

SC: 155638
COA: 332170
Oakland CC Family Division:
2015-833596-NA

_____/

By order of July 5, 2018, the application for leave to appeal the March 21, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *In re Ferranti*, *Minor* (Docket Nos. 157907-8). On order of the Court, the case having been decided on June 12, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



p0911

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 13, 2019



Clerk